# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2013

## NO. 03-11-00014-CR

**Nathaniel Briscoe, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 390TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the judgment of the trial court is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.